IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEWITT POWELLS,

        Petitioner,

v.                                No. CIV 05-782 JB/CEG

ERASMO BRAVO, et al.,

        Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on March 5, 2007 (Doc. 18).  The proposed findings notify the Petitioner of his ability to file objections and that failure to do so waives appellate review.  To date, Petitioner has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:  i) the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 18*)* are adopted; ii) the § 2254 Application for Writ of Habeas Corpus (Doc. 1) is denied; and iii)civil case number 05-782 JB/CEG is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE